Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM J. CONLON, Respondent, for Compensation under the Workmen's Compensation Law, v. THE SELDEN MOTOR VEHICLE COMPANY, Employer, and THE STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by TILLIE BURNS, Widow, and Minor Child of THOMAS J. BURNS, Deceased, Respondents, for the Death of THOMAS J. BURNS, v. PRODUCTS MANUFACTURING COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion for reargument denied.  Motion for leave to appeal to the Court of Appeals granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WINIFRED MACK, Widow, Respondent for the Death of JAMES MACK, v. NEW YORK DOCK COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion for reargument denied.  Motion for leave to appeal to the Court of Appeals granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of· the Claim for Compensation under the Workmen's Compensation Law, Made by ANN CLAIR CAIN, Widow, and Minor Child, Respondents, for the Death of CHARLES A. CAIN, v. UNITED BREEDERS COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNIE DALY, Respondent, for Compensation for Accidental Personal Injuries, v. BATES & ROBERTS, Employer, and FRANKFORT GENERAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Woodward and H. T. Kellogg, JJ., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARTIN MILLER, Respondent, v. UNITED STATES RADIATOR CORPORATION, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.